To Whom May This Matter Concerns

On 9/1/2020 I have Recieved a Respond Back from Your Departemet. I am Reaching Back out To SEE if I may place a Resquested To Get a Copy of the "2255" that was file By my Lawyer Donald yaNNella! I have also sent him a letter as well But have not get No Respond. I am trying To get approve a Legal phone Call To speak with MR. yannella on a Legal Behalf But unable To get it approve Because I'm inside the Medium of Coleman still B. Be Told that if My Lawyer went To speak with Me he May Request a Legal phone. So I am asking that This Matter Be Granted To get a Copy of the "2255" that was place inside the Courts! pleASE B hope To heAR Back Soon!

Calvin LemBHARd
#79236-054
9-2-2020

Calvin Lombard #79756-054
Federal Correctional Complex- Medium
P.O. Box 1032
Coleman, FL 33521

Clerk
United States District Courts
Southern District of New York
U.S. Courthouse
300 Quarropas Street