*Application granted. The Clerk of Court is respectfully directed to terminate Doc. 501 as withdrawn.*

*SO ORDERED.*

*/s/ Cathy Seibel*
*CATHY SEIBEL, U.S.D.J.*
*2/25/21*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

       v.                        DECLARATION OF COUNSEL

                                      17 Cr. 364 (CS)

CALVIN LEMBHARD

           Defendant.

-------------------------------------------------------x

DONALD YANNELLA, an attorney duly admitted to practice law in the United States District Court, Southern and Eastern Districts of New York, declares that the following is true and correct to the best of his knowledge under penalty of perjury, pursuant to 28 U.S.C. §1746:

1. As counsel for Calvin Lembhard, I submit this declaration to ask the Court to permit him to withdraw the motion to vacate his conviction that I filed on his behalf on January 23, 2020. (Dkt. 499).

2. I submit this declaration and make this request after a thorough discussion of the issues with Mr. Lembhard.

3. Attached is Mr. Lembhard's signed statement verifying that he moves to withdraw that motion.

WHEREFORE, it is respectfully requested that this Court grant Mr. Lembhard's request to withdraw the motion to vacate his conviciton.

Dated: February 24, 2021

                                                            /s/
                                                             _____
                                                             Donald Yannella, Esq.

My name is Calvin Lembhard, and I am the defendant in United States v. Calvin Lembhard.

At my request, my attorney, Donald Yannella, filed a motion to vacate my conviction. (Dkt. # 499). I received a copy of that motion, and I discussed it thoroughly with Mr. Yannella.

I no longer want to pursue that motion, and I request that it be withdrawn.

Dated: 2/4/21

Calvin Lembhard